IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRIAN KEITH ARDWIN                                                                                       PLAINTIFF

v.                                        Civil No. 4:24-CV-04079-SOH-BAB

DETECTIVE JARROD SIMMONS,
Ashdown Police Department,
                                                                                                          DEFENDANT.

## ORDER

The Court, having entered an order allowing the Plaintiff to proceed *in forma pauperis*, (ECF No. 7), hereby directs the United States Marshal to serve the Complaint, (ECF No. 1), on the defendant Detective Jarrod Simmons.

Defendant Simmons may be served at the following address: Ashdown Police Department, 745 S. Locust Street, Ashdown, Arkansas 71822.

Defendant may be served by certified mail with a return receipt requested. Defendant is to be served without prepayment of fees and costs or security therefor. Defendant is ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with the Defendant's last known address and phone number. This information may be filed with the Clerk of the Court in response to this Order, and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

1

IT IS SO ORDERED this 19th day of August 2024.

                                                                /s/ Barry A. Bryant
                                                                HON. BARRY A. BRYANT
                                                                UNITED STATES MAGISTRATE JUDGE